**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS CACERES,<br>Defendant. | Case No. 3:24-cr-00008-ART-CSD<br>**ORDER** |

Based on the parties' stipulation (ECF No. 44), and good cause appearing,

IT IS ORDERED that the Sentencing hearing currently scheduled for December 15, 2026, at 11:00 a.m., is vacated and continued to February 22, 2027, at 1:00 p.m., before U.S. District Judge Anne R. Traum, in Reno Courtroom 6.

DATED this 24th day of November, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE